The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYNERGY GREENTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MAGNA FORCE, INC.,<br><br>Defendant. | No. 3:12-cv-05543-BHS<br><br>STIPULATED MOTION TO SEAL MAGNA FORCE'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT<br><br>**NOTE ON MOTION CALENDAR: June 28, 2013** |

In accordance with CR 5(g) and 7(d)(1), and the Protective Order governing this case (Dkt. 21), Defendant Magna Force, Inc. ("Magna Force") and Plaintiff Synergy GreenTech Corp. ("Synergy") jointly move the Court to seal portions of Magna Force, Inc.'s concurrently filed Reply in Support of Motion for Summary Judgment ("Reply"), and exhibits to the Declaration of Daniel Davies in Support of Magna Force's Reply ("Davies Reply Declaration"). Specifically, the Parties move to seal portions of the Reply that refer to or quote exhibits previously sealed in this case. The portions of the Reply should be sealed because they refer to confidential Magna Force, Synergy and MagnaDrive Inc. ("MDC") financial data, and confidential information about the Parties' strategic planning and direction.

Both the Supreme Court and the Ninth Circuit have held that good cause exists to limit public access to judicial documents where such records constitute "sources of business information that might harm a litigant's competitive standing." *See, e.g., Nixon v. Warner*

MAGNA FORCE, INC.'S STIPULATED
MOTION TO SEAL REPLY
(3:12-cv-05543-BHS) — 1
DWT 22228981v1 0080359-000028

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

*Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *In re Mcclatchy Newspapers, Inc.*, 288 F.3d 369, 370-71 (9th Cir. 2002); *Hagestad v. Tragessor*, 49 F.3d 1430, 1434 (9th Cir. 1995) (holding that the protection of trade secrets can overcome the public interest in understanding the judicial process and support the sealing of documents filed in court (quoting *EEOC v. Erection Co., Inc.*, 900 F.2d 168, 170 (9th Cir. 1990).

In accordance with Local Rule 5(g)(3), to minimize the amount of material filed under seal, the Parties conferred on June 28, 2013 and agreed on the need to file portions of the Reply that refer to or quote exhibits previously sealed in this case under seal.

Accordingly, the Parties respectfully request leave to file under seal portions of the Reply that refer to or quote exhibits previously filed under seal in this case.

DATED this 28th day of June, 2013.

Davis Wright Tremaine LLP
Attorneys for Defendant Magna Force, Inc.

By: /s/ Daniel Davies
Warren Rheaume, WSBA #13627
Daniel Davies, WSBA #41793
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 757-8088
Fax: (206) 757-7088
E-mail: warrenrheaume@dwt.com
dandavies@dwt.com

Hogan Lovells US LLP
Attorneys for Plaintiff
Synergy GreenTech Corporation

By: /s/ Jie Li
Robin E. Wechkin, WSBA #24746
8426 316th Pl. SE
Issaquah, WA 98027
Telephone: (425) 222-0595
Robin.wechkin@hoganlovells.com

K.T. Cherian (*Pro Hac Vice*)
Scott Wales (*Pro Hac Vice*)
Song Zhu (*Pro Hac Vice*)
Jie Li (*Pro Hac Vice*)
3 Embarcadero Center, 15th Floor
San Francisco, California 94111
Telephone: (415) 374-2301
Facsimile: (415) 374-2499
Sunny.cherian@hoganlovells.com
Scott.wales@hoganlovells.com
Jie.li@hoganlovells.com
Song.Zhu@hoganlovells.com

MAGNA FORCE, INC.'S STIPULATED
MOTION TO SEAL REPLY
(3:12-cv-05543-BHS) — 2
DWT 22228981v1 0080359-000028

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**IT IS SO ORDERED.**

The Clerk of Court is directed to retain under seal the unredacted version of Magna Force, Inc.'s Reply in support of Motion for Summary Judgment.

Dated this ___ day of __July__, 2013.

_____
The Honorable Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

MAGNA FORCE, INC.'S STIPULATED
MOTION TO SEAL REPLY
(3:12-cv-05543-BHS) — 3
DWT 22228981v1 0080359-000028

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax